TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:22-cv-00981-JVS (KESx) |
| Plaintiff, | |
| v. | **WARRANT** |
| APPROXIMATELY 40.997711 ETHEREUM DIGITAL CURRENCY, | |
| Defendant. | |

    TO: UNITED STATES SECRET SERVICE

    A complaint having been filed in this action,

    IT IS ORDERED that you attach Approximately 40.997711 Ethereum Digital Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this

1

Court within the time allowed by law.

    YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: May 13, 2022

                         KIRY K. GRAY, Clerk of Court

                         /s/ J. Tillman
                         Deputy Clerk