```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISON

| UNITED STATES OF AMERICA, | No. 8:22-cv-00981-JVS(KESx) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ERRATUM TO GOVERNMENT'S COMPLAINT** |
| APPROXIMATELY 40.997711 ETHEREUM DIGITAL CURRENCY, | |
| Defendant. | |

//

//

1  PLEASE TAKE NOTICE of the following erratum to Government's
2  Complaint for Forfeiture filed on May 13, 2022 (Dkt. No. 1):
3  • The Government's Complaint for Forfeiture included a
4    chart as Attachment A documenting the series of transfers
5    of the Defendant Currency by unknown persons to conceal
6    the corrupt source.
7  Attached hereto as Exhibit 1 is Attachment A.

Dated: May 16, 2022            Respectfully submitted,

                               TRACY L. WILKISON
                               United States Attorney
                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division
                               JONATHAN GALATZAN
                               Assistant United States
                               Chief, Asset Forfeiture Section


                                /s/ Dan G. Boyle
                               DAN G. BOYLE
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA