UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>       v.<br><br>APPROXIMATELY 40.997711 ETHEREUM DIGITAL CURRENCY,<br><br>           Defendant. | No. 8:22-cv-00981JVS(KESx)<br><br>**ORDER APPOINTING UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES SECRET SERVICE AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE** |

  IT IS HEREBY ORDERED that upon the arrest of the defendant, Jason Wood, Assistant to the Special Agent in Charge, U.S. Secret Service, 725 S. Figueroa Street, Suite 1300, Los Angeles, CA 90017, shall assume custody of the defendant on behalf of this Court, in place of the United States Marshal, and shall maintain custody of such defendant during the time they remain in custodia legis, pursuant to Rule G(3)(c)(i) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Rule E.14(a) of the Local Rules for Admiralty and Maritime Claims;

IT IS FURTHER ORDERED that Jason Wood, Assistant to the Special Agent in Charge, U.S. Secret Service, shall continue to maintain possession of such defendant in safe custody until such time this Court orders the release or forfeiture of said defendants and said defendants are disposed of in accordance with Rule G(7)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, or as otherwise allowed by law;

IT IS FURTHERED ORDERED that, before the delivery of the defendant after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly Jason Wood, Assistant to the Special Agent in Charge, U.S. Secret Service, as Substitute Custodian, must first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

//

//

IT IS FURTHERED ORDERED that, as Substitute Custodian of the defendant, Jason Wood, Assistant to the Special Agent in Charge, U.S. Secret Service, shall perform all duties and responsibilities that the United States Marshal is authorized to perform pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED: May 24, 2022.  _____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA

PRESENTED BY:
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


*/s/ Dan G. Boyle*
Dan G. Boyle
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3