STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:22-cv-00981-SPG-KES |
|---|---|
| Plaintiff, | **RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| APPROXIMATELY 40.997711 ETHEREUM DIGITAL CURRENCY, | |
| Defendant. | |

//

//

//

RESPONSE TO ORDER TO SHOW CAUSE

On August 2, 2022, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution [ECF No. 16].  The government provides the following response to the Order to Show Cause:

1. On May 12, 2022, the government filed a Verified Complaint for Forfeiture in this action (the "Complaint") against defendant Approximately 40.997711 Ethereum Digital Currency (the "Defendant Currency").  [ECF No. 1].

2. Pursuant to Supplemental Rule G(4)(b)(i) and (4)(a), on or about May 25, 2022 direct notice was provided to victim Philip Martin in this case. In addition, notice was also provided by publication and started on May 23, 2022 and concluded on June 21, 2022.

3. Following the notice period, government counsel was contacted by counsel to victim P.M. who informed the government that P.M. intended to file a claim, and the government agreed not to object to timeliness grounds.

4. On August 3, 2022, claimant Philip Martin filed a claim and answer to complaint. [ECF Nos. 17 & 18].

5. The parties are in resolution discussions and intend to file a stipulation to resolve this matter within the next 60 days.

6. In addition, the government has received information regarding additional digital currency which may be traceable to the offenses identified in the complaint, and may seek to amend the complaint to reflect any such traceable funds. If so, the government will amend within 60 days.

7. The government has been diligently prosecuting this case, and the government respectfully submits that dismissal for lack of prosecution would be inappropriate. Plaintiff respectfully requests,

2

therefore, that the Order to Show Cause be discharged and plaintiff be allowed to continue to prosecute this matter.

Dated: August 5, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA