JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  22-981-SPG |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| 47,839.2012 TETHER DIGITAL CURRENCY, | |
| Defendant. | |

Plaintiff and claimant Philip Martin have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

1.   The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant filed a claim and an answer. No other claims or answers have been filed, and the time for filing such claims and answers has

expired. This Court has jurisdiction over the parties and the Defendant 47,839.2012 Tether digital currency.

2.   Any potential claimants to the Defendant other than Claimant are deemed to have admitted the allegations of the complaint with respect to the Defendant.

3.   The following shall be returned to the Claimant: 47,839.2012 Tether digital currency.

4.   Claimant Philip Martin has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Unites States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Philip Martin against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant Philip Martin has also waived any rights he may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Claimant Philip Martin of any liability or wrongdoing.

//
//

5. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: December 12, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE